CO-386-online
10/03

# United States District Court
# For the District of Columbia

LIBERTY MUTUAL INSURANCE COMPANY )
)
)
)
   vs   Plaintiff )  Civil Action No._____
)
PISCATAQUA BROKERAGE, INC., ET AL. )
)
)
   Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Liberty Mutual Insurance Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Liberty Mutual Insurance Company__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Valerie Elizabeth Powell*
Signature

__474117__
BAR IDENTIFICATION NO.

Valerie Elizabeth Powell
Print Name

__126 C Street, N.W.__
Address

__Washington, DC__         __20001__
City        State        Zip Code

__202-331-8822__
Phone Number