UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PISCATAQUA BROKERAGE, INC., *ET AL.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. |

### MOTION PURSUANT TO FRCP 67 TO
### DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

COMES NOW, plaintiff, Liberty Mutual Insurance Company (LMIC), and moves this Court pursuant to FRCP 67 for an Order granting permission to deposit into the Registry of the Court the sum of $10,000.00, such sum being the proceeds of a bond, to be held for distribution upon resolution of conflicting claims against the bond.

In support of this Motion, plaintiff, LMIC, respectfully directs the Court's attention to the Complaint in Interpleader and Plaintiff, Liberty Mutual Insurance Company's Memorandum of Points and Authorities in Support of Motion to Deposit Funds Into Court Registry filed herewith.

Respectfully submitted,

LIBERTY MUTUAL INSURANCE COMPANY,
By its attorneys:

*Valerie Elizabeth Powell*
Eric R. Stanco
(D.C. Bar No. 456896)
Valerie Elizabeth Powell
(D.C. Bar No. 474117)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

## CERTIFICATE OF SERVICE

I, Valerie Elizabeth Powell, do hereby certify that a true copy of the foregoing Motion and the supporting Memorandum and proposed Order were served upon all parties with the service of process and other papers in this matter.

*Valerie Elizabeth Powell*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| PISCATAQUA BROKERAGE, INC., *ET AL.*, | ) |
| Defendants. | ) |

**PLAINTIFF, LIBERTY MUTUAL INSURANCE COMPANY'S
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
TO DEPOSIT FUNDS INTO THE COURT REGISTRY**

**I. Introduction**

Plaintiff, Liberty Mutual Insurance Company (LMIC), submits this Memorandum in support of its Motion seeking permission to deposit funds into the Registry of the Court.

**II. Statement of Facts and Argument**

Plaintiff, LMIC, issued a Broker's Surety Bond (the Bond) on behalf of defendant, Piscataqua Brokerage, Inc. (Piscataqua), as principal, pursuant to 49 U.S.C. § 13906 (b). As required by that statute, the Bond was issued on behalf of Piscataqua for the benefit of any and all motor carriers or shippers to whom Piscataqua may be legally liable for the damages described in the Bond.

LMIC has received multiple adverse claims against the Bond, which claims involve damages to motor carriers or shippers allegedly caused by Defendant, Piscataqua, while acting as a licensed Property Broker of Transportation within the period covered by the Bond.

The total amount of the claims received to date by LMIC exceed the penal sum of the Bond, and LMIC is unable to determine the respective interests of the claimants in the proceeds of the Bond. Accordingly, LMIC has filed the above-captioned action seeking relief in statutory interpleader under 28 U.S.C. § 1335 and wishes to deposit the proceeds of the Bond with the Court so that the claimant defendants may interplead and settle between them and LMIC be discharged of all further liability.

### III. Conclusion

For the foregoing reasons, LMIC's Motion should be granted and LMIC be permitted to deposit the proceeds of the Bond into the Registry of the Court.

Respectfully submitted,

LIBERTY MUTUAL INSURANCE COMPANY,
By its attorneys:

*Valerie Elizabeth Powell*
Eric R. Stanco
(D.C. Bar No. 456896)
Valerie Elizabeth Powell
(D.C. Bar No. 474117)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> PISCATAQUA BROKERAGE, INC., *ET AL.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) |

### ORDER

Upon consideration of the Motion and supporting Memorandum submitted by Plaintiff, Liberty Mutual Insurance Company, and the entire record in this matter, it is hereby

**ORDERED** that plaintiff's Motion Pursuant to FRCP 67 to Deposit Funds Into the Registry of the Court be and hereby is GRANTED; and it is

**FURTHER ORDERED** that the Clerk of the Court shall accept and deposit into the Registry of the Court a check received from Liberty Mutual Insurance Company in the amount of $10,000.00.

**SO ORDERED** this _____ day of _____ 2008.

_____
United States District Judge