UNITED STATES DISTRICT COURT
District of Columbia

LIBERTY MUTUAL INSURANCE COMPANY

       Plaintiff,

v.

PISCATAQUA BROKERAGE, INC. ET AL.,

       Defendants.

Case No. 1:08-CV-01165
Assigned To: Kollar-Kotelly, Colleen
Assign. Date: 7/3/2008
Description: Contract

**ANSWER, COUNTERCLAIM AND CROSSCLAIM OF J.K. HACKL TRANSPORTATION SERVICES, INC. TO COMPLAINT FOR INTERPLEADER**

COMES NOW Defendant J.K. Hackl Transportation Services, Inc. (hereinafter referred to as "Hackl"), and as its Answer to Plaintiff's Complaint for Interpleader, alleges and shows the Court as follows:

**ANSWER**

1. This Defendant admits allegations of paragraphs (1), (2), (5), (6), (25), (26) and (34) of the Complaint.

2. This Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of paragraphs (3), (4), (7), (8), (9), (10), (11), (12), (13), (15), (16), (17), (18), (19), (20), (21), (22), (23), (24), (27), (29), (30), (31), (32), (33), (36), (37), (38), (39) and (41) of the Complaint and therefore puts the Plaintiff to its Proof.

3. Responding to paragraph (14) of the Complaint, this Defendant admits that the Complaint correctly states the amount due this Defendant of $2,200.00.

4. This Defendant denies the allegations of paragraphs (42) and (43) of the Complaint to the extent that such allegations imply that the Plaintiff is entitled to recovery of its attorneys

1

fees and administrative costs out of the proceeds of the Bond as requested by the plaintiff in Item No. (6) of its Request for Relief.

5. Responding to paragraphs (28), (35) and (4) of the Complaint, this Defendant realleges and incorporates by reference paragraphs (1) through (4) above as though set forth at length herein.

## ADDITIONAL ALLEGATIONS

6. J.K. Hackl Transportation Services, Inc. (referred to in the Complaint as "J.K. Hackl Transportation") is a motor carrier whose business address is 2833 LaRue Fields Lane, Sun Prairie, Wisconsin 53590.

7. Piscataqua Brokerage, Inc. owes Hackl $2,200.00.

## COUNTERCLAIM

And as its Counterclaim against the Plaintiff, this Defendant alleges and shows the Court as follows:

8. At all times here relevant, the Plaintiff was the surety for the above referenced indebtedness by virtue of a broker surety bond filed on Piscataqua's behalf with the Federal Motor Carrier Safety Administration and, by virtue of the terms and conditions of said surety bond, is liable to this Defendant for the amounts due it from Piscataqua.

9. Hackl reserves its right to object to any award of attorneys' fees or costs to Plaintiff or to object to any claim by third parties which might have the effect of diminishing the recovery available under the bond.

## CROSSCLAIM AGAINST PISCATAQUA

And as its Crossclaim against Co-Defendant Piscataqua Brokerage, Inc., this Defendant alleges and shows the Court as follows:

10. This Defendant realleges and incorporates by reference paragraphs (1) through (9) above as though set forth at length herein.

11. To the extent not paid by the Plaintiff, this Defendant is entitled to judgment against Piscataqua in the amount of $2,200.00 for transportation services rendered at the request of Piscataqua.

WHEREFORE, Defendant J.K. Hackl Transportation Services, Inc. prays that the Court will order the following relief:

(A) to enter Judgment against Liberty Mutual Insurance Company and Piscataqua Brokerage, Inc. jointly and severally in the amount of $2,200.00 on behalf of J.K. Hackl Transportation Services, Inc.;

(B) that payment of same be satisfied by payment of interpled funds; and

(C) that the Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,

/s/ Henry E. Seaton
Henry E. Seaton, Esq.
DC Bar No. #188656
Seaton & Husk, LP
2240 Gallows Road
Vienna, VA 22182
Tel: 703-573-0700
Fax: 703-573-9786
heseaton@aol.com

Richard A. Westley, Esq.
Westley Law Offices, SC
7633 Ganser Way, Suite 100
Madison, WI 53719
Tel: 608-829-2981
Fax: 608-829-2982

*Counsel for Defendant*
*J.K. Hackl Transportation Services, Inc.*

3